# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AARON JELLEY,** | ) |
|  Plaintiff, | ) |
| vs. | ) Civil Action No. 18-97 |
| **JUDGE ELIZABETH KELLY,** | ) Judge Cathy Bissoon |
|  Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Order of Dismissal filed contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, FINAL JUDGMENT hereby is entered against Plaintiff.  The case will be marked closed.


March 24, 2018               s/ Cathy Bissoon
                             Cathy Bissoon
                             United States District Judge


cc (via First-Class U.S. Mail):

AARON JELLEY
3116 Haskell Road
North East, PA 16428